## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD B. HUBBUCH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MULLOOLY, JEFFREY, ROONEY & FLYNN LLP, AMY GAVLIK, and JPMORGANCHASE BANK, N.A.,<br><br>　　　　Defendants. | Case No.: 25-cv-05547-JHR-BCM<br><br>**[PROPOSED]<br>ORDER GRANTING<br>DEFAULT JUDGMENT** |

## [PROPOSED] ORDER GRANTING DEFAULT JUDGMENT

Upon consideration of Plaintiff's Motion for Default Judgment against Defendant MULLOOLY, JEFFREY, ROONEY & FLYNN LLP ("MJRF LLP"), and the supporting papers filed therewith, and having found that MJRF LLP was properly served pursuant to CPLR § 306 and Fed. R. Civ. P. 4(h)(1)(A), and has failed to plead or otherwise defend in this action as required by Fed. R. Civ. P. 12(a)(1)(A)(i), and further noting that, although counsel for MJRF LLP filed a Notice of Appearance on August 7, 2025, no responsive pleading, motion, or request for relief has been filed to date,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Default Judgment is GRANTED;

2. Judgment is entered in favor of Plaintiff and against Defendant MJRF LLP;

3. Plaintiff is awarded:

    a. Statutory damages under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692k(a)(2)(A), in the amount of $1,000;

    b. Actual damages in the amount of $75,000;

    c. Punitive damages under New York General Business Law § 349(h) in the amount of $225,000; *and*

    d. Costs pursuant to Fed. R. Civ. P. 54(d);

4. Defendant MJRF LLP is permanently enjoined from engaging in deceptive debt collection or credit reporting practices of the kind alleged in this action; *and*

5. The Clerk of Court is directed to enter judgment accordingly.

**SO ORDERED.**

Dated: _____, 2025
New York, New York

_____
Hon. Jennifer H. Rearden
United States District Judge